

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 NOV -1 AM 11:10

CLERK

BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

    Case No. 5:18-cv-139-gwc

    JURY TRIAL DEMANDED,

STATE OF VERMONT,
    et al.,

    Defendants,

Notice of Appeal

Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, Notices the Court of his Appeal to the SUPREME COURT OF THE UNITED STATES, DISTRICT OF COLUMBIA.

Date: October 29, 2018

                Respectfully submitted,

                _____ (seal)

                EDWARD THOMAS KENNEDY
                401 Tillage Road
                Breinigsville, Pennsylvania 18031
                Email: kennedy2018@alumni.nd.edu
                Telephone: 415-275-1244.
                Fax: 570-609-1810.

APPEAL,CLOSED

# U.S. District Court
## District of Vermont (Rutland)
### CIVIL DOCKET FOR CASE #: 5:18–cv–00139–gwc

| | |
|---|---|
| Kennedy v. State of Vermont et al<br>Assigned to: Chief Judge Geoffrey W. Crawford<br>Demand: $250,000<br>Cause: 28:1331 Fed. Question: Personal Injury | Date Filed: 08/28/2018<br>Date Terminated: 10/09/2018<br>Jury Demand: Plaintiff<br>Nature of Suit: 360 P.I.: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Edward Thomas Kennedy** | represented by | **Edward Thomas Kennedy**<br>401 Tillage Road<br>Breinigsville, PA 18031<br>(415) 275–1244<br>PRO SE |

V.

**Defendant**

**State of Vermont**

**Defendant**

**Vermont Bar Association**

**Defendant**

**Vermont Law School**

**Defendant**

**American Bar Association**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2018 | 1 | APPLICATION to Proceed in District Court without Prepaying Fees or Costs filed by Edward Thomas Kennedy. (Attachments: # 1 Affidavit of Edward Thomas Kennedy, # 2 Proposed Complaint, # 3 Civil Cover Sheet) (esb) (Entered: 08/29/2018) |
| 08/28/2018 | 2 | NOTICE OF PRO SE APPEARANCE by Edward Thomas Kennedy. (esb) (Entered: 08/29/2018) |
| 10/09/2018 | 3 | ORDER granting 1 APPLICATION to Proceed in District Court without Prepaying Fees or Costs. Plaintiffs federal claims are DISMISSED under 28 U.S.C. § 1915(e)(2)(B). Plaintiffs state–law claims are DISMISSED without prejudice.The court hereby certifies under 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith. Signed by Chief Judge Geoffrey W. Crawford on 10/9/2018. (esb) (Entered: 10/09/2018) |
| 10/09/2018 | 4 | JUDGMENT – The case is HEREBY DISMISSED. Signed by Deputy Clerk on 10/9/2018. (Attachments: # 1 Notice to Litigant (appeal period expires 11/8/2018))(esb) (Entered: 10/09/2018) |
| 10/09/2018 | 5 | COMPLAINT against American Bar Association, State of Vermont, Vermont Bar Association, Vermont Law School filed by Edward Thomas Kennedy. (Attachments: # 1 Exhibit 1)(esb) (Entered: 10/09/2018) |
| 11/01/2018 | 6 | OBJECTION re 3 Order on APPLICATION to Proceed in District Court without Prepaying Fees or Costs, 4 Judgment by Edward Thomas Kennedy. (Attachments: # 1 Certificate of Service)(esb) (Entered: 11/01/2018) |

| 11/01/2018 | 7 | NOTICE OF APPEAL by Edward Thomas Kennedy. (Attachments: # 1 Certificate of Service, # 2 Envelope)(gmg) (Entered: 11/01/2018) |