UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT


EDWARD THOMAS KENNEDY,
    Plaintiff/Appellant,

vs.

Circuit No. 18-3341

District No. 5:18-cv-139

STATE OF VERMONT, et al.,
    Defendants/Appellees.


SUPPLEMENTAL INDEX


A.    docket entries.


1 - 7.    District Court Electronic Documents.

    All filed documents are accessible through District Court CM/ECF.


B.    Clerk's Certification.

Case 18-3341, Document 11-2, 11/06/2018, 2428043, Page2 of 4
Case 5:18-cv-00139-gwc   Document 8   Filed 11/06/18   Page 2 of 4

APPEAL,CLOSED

# U.S. District Court
## District of Vermont (Rutland)
### CIVIL DOCKET FOR CASE #: 5:18−cv−00139−gwc

Kennedy v. State of Vermont et al  
Assigned to: Chief Judge Geoffrey W. Crawford  
Demand: $250,000  
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 08/28/2018  
Date Terminated: 10/09/2018  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Edward Thomas Kennedy**   represented by **Edward Thomas Kennedy**  
401 Tillage Road  
Breinigsville, PA 18031  
(415) 275−1244  
PRO SE

V.

**Defendant**

**State of Vermont**

**Defendant**

**Vermont Bar Association**

**Defendant**

**Vermont Law School**

**Defendant**

**American Bar Association**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2018 | 1 | APPLICATION to Proceed in District Court without Prepaying Fees or Costs filed by Edward Thomas Kennedy. (Attachments: # 1 Affidavit of Edward Thomas Kennedy, # 2 Proposed Complaint, # 3 Civil Cover Sheet) (esb) (Entered: 08/29/2018) |
| 08/28/2018 | 2 | NOTICE OF PRO SE APPEARANCE by Edward Thomas Kennedy. (esb) (Entered: 08/29/2018) |
| 10/09/2018 | 3 | ORDER granting 1 APPLICATION to Proceed in District Court without Prepaying Fees or Costs. Plaintiffs federal claims are DISMISSED under 28 U.S.C. § 1915(e)(2)(B). Plaintiffs state−law claims are DISMISSED without prejudice.The court hereby certifies under 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith. Signed by Chief Judge Geoffrey W. Crawford on 10/9/2018. (esb) (Entered: 10/09/2018) |
| 10/09/2018 | 4 | JUDGMENT – The case is HEREBY DISMISSED. Signed by Deputy Clerk on 10/9/2018. (Attachments: # 1 Notice to Litigant (appeal period expires 11/8/2018))(esb) (Entered: 10/09/2018) |
| 10/09/2018 | 5 | COMPLAINT against American Bar Association, State of Vermont, Vermont Bar Association, Vermont Law School filed by Edward Thomas Kennedy. (Attachments: # 1 Exhibit 1)(esb) (Entered: 10/09/2018) |
| 11/01/2018 | 6 | OBJECTION re 3 Order on APPLICATION to Proceed in District Court without Prepaying Fees or Costs, 4 Judgment by Edward Thomas Kennedy. (Attachments: # 1 Certificate of Service)(esb) (Entered: 11/01/2018) |

| 11/01/2018 | 7 | NOTICE OF APPEAL by Edward Thomas Kennedy. (Attachments: # 1 Certificate of Service, # 2 Envelope)(gmg) (Entered: 11/01/2018) |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

EDWARD THOMAS KENNEDY,
    Plaintiff/Appellant,

vs.

Circuit No. 18-3341

District No. 5:18-cv-139

STATE OF VERMONT, et al.,
    Defendants/Appellees.

## CLERK'S CERTIFICATION

    I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of Vermont, hereby certify that the electronic index comprises the foregoing docket entries, and constitutes a Supplement to the Record on Appeal.

    In testimony whereof, I have hereunto subscribed my name and affixed the Seal of the aforesaid Court at Burlington, Vermont this 6th day of November, 2018.

JEFFREY S. EATON
Clerk of Court

By: /s/ Gail Greenia
Deputy Clerk