**THOMAS J. DONOVAN, JR.**
ATTORNEY GENERAL

**JOSHUA R. DIAMOND**
DEPUTY ATTORNEY GENERAL

**WILLIAM E. GRIFFIN**
CHIEF ASST. ATTORNEY
GENERAL



**STATE OF VERMONT**
**OFFICE OF THE ATTORNEY GENERAL**
**109 STATE STREET**
**MONTPELIER, VT**
**05609-1001**

TEL: (802) 828-3171
FAX: (802) 828-3187

http://www.ago.vermont.gov

November 6, 2018

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Kennedy v. State of Vermont*
           Docket No. 18-3341

Dear Ms. O'Hagan Wolfe:

    I write to advise the Court that the Vermont Attorney General's Office will not be entering an appearance or filing any documents on behalf of appellee the State of Vermont in this matter. Appellant never served the State in this matter and the district court thus never acquired jurisdiction over the State. This Office cannot waive proper service. Although this Office will not be entering an appearance, it will continue to monitor the docket in this appeal.

                Sincerely,

                Benjamin D. Battles
                Solicitor General

cc: Edward Thomas Kennedy, 401 Tillage Rd., Breinigsville, PA 18031