# UNITED STATES COURT OF APPEALS
### for the
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of November, two thousand and eighteen,

_____

Edward Thomas Kennedy,

       Plaintiff - Appellant,

v.

Vermont Bar Association, Vermont Law School,
American Bar Association,

       Defendants - Appellees,

State of Vermont,

       Defendant.

_____

**ORDER**
Docket Number: 18-3341

A notice of appeal was filed on November 01, 2018. Appellant's Form D-P was due November 15, 2018. The case is deemed in default.

**IT IS HEREBY ORDERED** that the appeal will be dismissed effective December 07, 2018 if the form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

