# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand and eighteen,

Edward Thomas Kennedy,

    Plaintiff - Appellant,

v.

Vermont Bar Association, Vermont Law School, American Bar Association,

    Defendants - Appellees,

State of Vermont,

    Defendant.

**ORDER**
Docket Number: 18-3341

    A notice of appeal was filed on November 01, 2018. The Appellant's Acknowledgment and Notice of Appearance Form due November 19, 2018 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective December 11, 2018 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

