

# Vermont Bar Association

• *Serving the Public and the Profession*

35-37 Court Street
PO Box 100
Montpelier, VT 05601-0100
p. 802-223-2020
f. 802-223-1573
www.vtbar.org

**BOARD OF MANAGERS**

Gary L. Franklin, Esq.
President

Michael E. Kennedy, Esq.
Past-President

Edward J. Tyler, III, Esq.
Secretary

Matthew F. Valerio, Esq.
Treasurer

Katelyn B. Atwood, Esq.
Francesca M. Bove, Esq.
David G. Carpenter, Esq.
Joshua R. Diamond, Esq.
Judith L. Dillon, Esq.
Hon. Thomas S. Durkin
Robert E. Fletcher, Esq.
Elizabeth A. Kruska, Esq.
Andrew D. Manitsky, Esq.
Elizabeth Novotny, Esq.
James M. Rodgers, Esq.
Charles A. Romeo, Esq.
Benjamin Traverse, Esq.

**VBA STAFF**

Therese M. Corsones, Esq.
Executive Director
tcorsones@vtbar.org

Jennifer Emens-Butler, Esq.
Education and Communication
jeb@vtbar.org

Mary C. Ashcroft, Esq.
Legal Access Coordinator
mashcroft@vtbar.org

Lisa M. Maxfield
CFO/Member Benefits
lmaxfield@vtbar.org

Laura Welcome
Programs Coordinator
lwelcome@vtbar.org

Tami Baldwin
Office Administrator
tbaldwin@vtbar.org

November 19, 2018

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Kennedy v. State of Vermont
    Docket No. 18-3341

Dear Ms. O'Hagan Wolfe:

To follow up on the telephone message from today, the Vermont Bar Association will not be entering an appearance or filing any documents in this matter. Appellant never served the Vermont Bar Association in this matter and therefore the District Court never acquired jurisdiction over the same. The Vermont Bar Association is also not willing to waive proper service. We will continue to monitor the docket, in any event.

Sincerely,

Gary Franklin, President
Vermont Bar Association Board of Bar Managers

cc: Edward Thomas Kennedy, 401 Tillage Road, Breinigsville PA 18031

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Edward Thomas Kennedy

**CERTIFICATE OF SERVICE***

Docket Number: **18-3341**

v.

State of Vermont et als

I, **Therese M. Corsones** (print name), hereby certify under penalty of perjury that on **November 19, 2018** (date), I served a copy of **a letter from Gary Fran**

(list all documents)

by (select all applicable)**

___ Personal Delivery      **X** United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Edward Thomas | 401 Tillage Road | Breinigs | PA | 18031 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**11-19-18**

Today's Date

**s/Therese M. Corsones**

Signature

Certificate of Service Form (Last Revised 12/2015)